**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

ANCHOR CONSTRUCTION GROUP, LLC,   CASE NO.: 25-40273-KKS
                                   CHAPTER 11

    Debtor.
_____/

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE (ECF No. 102)

THIS MATTER came before the Court for a hearing on June 10, 2026 on the *Debtor's Motion to Dismiss Chapter 11 Case* (the "Motion," ECF No. 102).   As announced in Court at the hearing, it is

ORDERED:

1. The Motion (ECF No. 102) is GRANTED; this case is DISMISSED.

2. The Debtor, having failed to complete the payments due under the confirmed Plan under Section 1191(b) of the Bankruptcy Code, does not receive a discharge of its debts pursuant to 11 U.S.C. § 1192, and all debts remain fully enforceable against the Debtor.

3. The automatic stay is terminated upon entry of this Order.

[THIS SPACE INTENTIONALLY LEFT BLANK]

4.  The Subchapter V Trustee shall have fourteen (14) days to file a final

application for compensation. The Court retains jurisdiction to enter an

order on any such application for compensation.

DONE AND ORDERED on  July 6, 2026 _____ .

_____
KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

Attorney Byron Wright III is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

Prepared By: Byron Wright III